Clint D. Robison, Esq., SBN 158834
crobison@ohaganmeyer.com
Sanam Aghnami, Esq., SBN 327474
saghnami@ohaganmeyer.com
O'HAGAN MEYER LLP
4695 MacArthur Court, Suite 210
Newport Beach, CA 92660
Telephone: (949) 942-8500
Facsimile: (949) 942-8510

Attorneys for Defendant,
SANTA ANA ELKS LODGE-794-BPOE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINIO RESENDIZ, as an individual and on behalf of all similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA ANA ELKS LODGE-794-BPOE; BENEVOLENT & PROTECTIVE ORDER OF ELKS OF THE USA; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO. 8:20-cv-00990-JAK-ADS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Hon. John A. Kronstadt<br><br>Complaint Filed: May 28, 2020<br><br>Trial Date: Not Yet Set |

1
**JOINT NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff HERMINIO RESENDIZ ("Plaintiff") and Defendant SANTA ANA ELKS LODGE-794-BPOE ("Defendant") (Plaintiff and Defendant are collectively, the "parties") have reached a class-wide settlement in the above-captioned action, that if approved, will resolve the above-captioned action in its entirety.

The parties are in the process of finalizing a long-form settlement agreement and anticipate seeking approval of the proposed settlement within approximately ninety (90) calendar days.

DATED: December 6, 2021           **O'HAGAN MEYER**

By: _____
Clint D. Robison, Esq.
Sanam Aghnami, Esq.
Attorneys for Defendant
SANTA ANA ELKS LODGE-794-BPOE

Dated: December 6, 2021           **MAHONEY LAW GROUP, APC**

By: _____
Kevin Mahoney, Esq.
Attorneys for Plaintiff
HERMINIO RESENDIZ