UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV20-00990 JAK (ADSx) | Date | March 18, 2024 |
| Title | Herminio Resendiz v. Santa Ana Elks Lodge-794-BPOE, et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| T. Jackson-Terrell | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Katherine Odenbreit | Jessican Abreu |

**Proceedings:** **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 72);**

**PLAINTIFF'S MOTION FOR CLASS REPRESENTATIVE SERVICE PAYMENT, ATTORNEYS' FEES, AND REIMBURSEMENT OF COSTS AND EXPENSES (DKT. 73)**

The motion hearing is held. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant Plaintiff's Motion for Final Approval of Class Action Settlement (Dkt. 72) and Plaintiff's Motion for Class Representative Service Payment, Attorneys' Fees, and Reimbursement of Costs and Expenses (Dkt. 73) (collectively, the "Motions"), subject to the following modifications: the attorney's fee award is $140,000, and the incentive award for Plaintiff is $4250. Counsel address the Court. The Court adheres to its tentative views, and the Motions are **GRANTED**, with a detailed Order to follow, subject to the stated modifications.

**IT IS SO ORDERED.**

|  | : | 10 |
|---|---|---|
| Initials of Preparer | TJ | |